IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KERRY CHAPLINSKY,   CASE NO. : 8:08-cv-00531

    Plaintiff,

v.

ENCORE RECEIVABLE
MANAGEMENT, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    COMES NOW Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., by and through its undersigned counsel, and hereby notifies the Court that a compromise settlement has been reached between the Plaintiff, KERRY CHAPLINSKY and Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., and that they anticipate the filing of a Joint Dismissal With Prejudice of all claims against ENCORE RECEIVABLE MANAGEMENT, INC., in the above-captioned suit.

    Respectfully submitted this 5th day of December, 2008.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on December 5, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which Notice will be electronically mailed to Brian P. Parker, Esquire, Law Office of Brian P. Parker, P.C., 30700 Telegraph Road, Suite 1580, Bingham Farms, Michigan 48025.

    **s/ Ernest H. Kohlmyer, III**
ERNEST H. KOHLMYER, III, ESQUIRE
Florida Bar No.: 0110108
MOLLY E. YOUNG, ESQ.
Florida Bar No.: 0599891
BELL, ROPER & KOHLMYER, P.A.
2707 East Jefferson Street
Orlando, Florida 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
SKohlmyer@bellroperlaw.com
Attorneys for Defendant