```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION
```

KERRY CHAPLINSKY,

        Plaintiff,

v.                                  Case No.  8:08-cv-531-T-33MAP

ENCORE RECEIVABLE MANAGEMENT,
INC.,

        Defendant.
_____/

### ORDER

    This matter comes before the Court pursuant to the Notice of Settlement (Doc. # 13), which was filed on December 5, 2008, by Defendant.  Defendant reports that the parties have reached a full settlement and that the parties "anticipate filing a joint dismissal with prejudice of all claims against Encore Receivable Management, Inc., in the above-captioned suit." (Doc. # 13 at 1).

    Accordingly, it is hereby

    **ORDERED, ADJUDGED,** and **DECREED:**

    That this cause be and the same is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **SIXTY (60)** days of the date hereof, to submit a stipulated form of final order or judgment, or request an extension of time, should they so choose **or** for any party to move to reopen the action, *upon good cause being shown*.  After

that **SIXTY (60)** day period, however, without further order, this dismissal shall be deemed *with prejudice*. The Clerk is directed to terminate any previously scheduled deadlines and pending motions, and administratively close the case pending further Order.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 9th day of December, 2008.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record